FILED

MAY 3 0 2013

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 2:12cr221-MHT |
| | ) | |
| v. | ) | |
| | ) | |
| MARK EDWARD ELLIOTT, a/k/a "Mighty Whitey," | ) | [18 USC 2; |
| WILLIAM ELLIOTT, a/k/a "Wild Bill," | ) | 18 USC 1956(a)(1)(A)(i); |
| WENDELL GASKIN, a/k/a "Caine," | ) | 18 USC 1956(h); |
| WILLIE C. MOODY, a/k/a "Bill," | ) | 18 USC 922(g)(1); |
| MARK ALLAN VINSON, | ) | 18 USC 924(c); |
| TRACY LEE DASSEL, | ) | 21 USC 846; |
| HALEY DALLAS HAMRAC, | ) | 21 USC 841(a)(1); |
| MICHAEL LEE SMITH, and | ) | 21 USC 843(b) ] |
| CALEB ELLIOTT | ) | |
| | ) | |
| | ) | **SUPERSEDING INDICTMENT** |
| | ) | |

## I.    THE DRUG CONSPIRACY

The Grand Jury charges:

### COUNT 1

Beginning from an unknown date, and continuing through in or about April 2013, the exact

dates being unknown to the Grand Jury, in Montgomery County, Elmore County, and Autauga

County, within the Middle District of Alabama, and elsewhere, the defendants,

MARK EDWARD ELLIOTT, a/k/a "Mighty Whitey,"
WILLIAM ELLIOTT, a/k/a "Wild Bill,"
WENDELL GASKIN, a/k/a "Caine,"
WILLIE C. MOODY, a/k/a "Bill,"
MARK ALLAN VINSON,
TRACY LEE DASSEL,
HALEY DALLAS HAMRAC, and
MICHAEL LEE SMITH,

and others known and unknown to the Grand Jury, did knowingly and intentionally conspire, combine and agree together and with others both known and unknown to the Grand Jury to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine , a Schedule II Controlled Substances, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846.

## II.    THE MONEY LAUNDERING CONSPIRACY

### COUNT 2

Beginning from an unknown date, and continuing through in or about April 2013, the exact dates being unknown to the Grand Jury, in Montgomery County, Elmore County, and Autauga County, within the Middle District of Alabama, and elsewhere, the defendants,

MARK EDWARD ELLIOTT, a/k/a "Mighty Whitey,"
WENDELL GASKIN, a/k/a "Caine," and
TRACY LEE DASSEL,

did knowingly combine, conspire, and agree with each other and with other persons, known and unknown to the Grand Jury, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to-wit: did knowingly conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, the manufacture, importation, sale, or distribution of a controlled substance, with the intent to promote the carrying on of specified unlawful activity, that is, the manufacture, importation, sale, or distribution of a controlled substance, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the

proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).  All in violation of Title 18, United States Code, Section 1956(h).

## III.   SUBSTANTIVE DRUG COUNTS

### COUNT 3

Beginning from an unknown date and continuing to on or about July 17, 2012, in Autauga County, and elsewhere, within the Middle District of Alabama,

MARK EDWARD ELLIOTT,
a/k/a "Mighty Whitey,"

defendant herein, and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance. All in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 4

Beginning from an unknown date and continuing to on or about September 10, 2012, in Autauga County, and elsewhere, within the Middle District of Alabama,

MARK EDWARD ELLIOTT,
a/k/a "Mighty Whitey,"

defendant herein, and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance. All in violation of Title 21, United States Code, Section 841(a)(1).

3

**COUNT 5**

Beginning from an unknown date and continuing to on or about October 2, 2012, in Autauga County, within the Middle District of Alabama,

MARK EDWARD ELLIOTT,
a/k/a "Mighty Whitey,"

defendant  herein, and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance.  All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT 6**

Beginning from an unknown date and continuing to on or about March 21, 2013, in Autauga County, within the Middle District of Alabama,

WILLIAM ELLIOTT,
a/k/a "Wild Bill,"

defendants herein, and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance.  All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT 7**

Beginning from an unknown date and continuing to on or about March 25, 2013, in Elmore County and Autauga County, within the Middle District of Alabama,

HALEY DALLAS HAMRAC and
MICHAEL LEE SMITH,

4

defendants herein, each aided and abetted by the other, and others known and unknown to the Grand

Jury, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture

or substance containing a detectable amount of methamphetamine, a Schedule II Controlled

Substance.  All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United

States Code, Section 2.

### COUNT 8

Beginning from an unknown date and continuing to on or about March 21, 2013, in

Montgomery County, within the Middle District of Alabama,

CALEB ELLIOTT,

defendant herein, and others known and unknown to the Grand Jury, did knowingly and

intentionally possess with intent to distribute 5 grams or more of a mixture or substance

containing a detectable amount of methamphetamine, a Schedule II Controlled Substance.  All in

violation of Title 21, United States Code, Section 841(a)(1).

## IV.   FIREARM COUNTS

### COUNT 9

Beginning from an unknown date and continuing to on or about March 25, 2013, in

Elmore and Autauga counties, within the Middle District of Alabama,

MICHAEL LEE SMITH,

defendant herein, knowingly used and carried a firearm during and in relation to, and possessed a

firearm in furtherance of, a drug trafficking crime for which he may be prosecuted in a Court of

the United States, to-wit: possession with intent to distribute methamphetamine, as charged in

Count 7 of this Superseding Indictment.  All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 10

Beginning from an unknown date and continuing to on or about March 21, 2013, in Montgomery county, within the Middle District of Alabama,

### CALEB ELLIOTT,

defendant herein, knowingly used and carried a firearm during and in relation to, and possessed a firearm in furtherance of, a drug trafficking crime for which he may be prosecuted in a Court of the United States, to-wit: possession with intent to distribute methamphetamine, as charged in Count 8 of this Superseding Indictment.  All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 11

On or about March 25, 2013, in Elmore and Autauga Counties, within the Middle District of Alabama,

### MICHAEL LEE SMITH,

defendant herein, having been convicted of a felony offense, a crime punishable by imprisonment for a term exceeding one year under the laws of the State Alabama, to-wit:

> 1)   June 18, 2002, Rape in the 2nd Degree in the Circuit Court of Escambia County, Alabama, case number 1999-477;

did knowingly possess in and affecting commerce a firearm, to-wit: a Taurus, Millennium PT111, 9mm handgun.  All in violation of Title18, United States Code, Section 922(g)(1).

V.   **USE OF COMMUNICATION FACILITY TO FURTHER THE CONSPIRACY**

   A.   **MARK EDWARD ELLIOTT AND WENDELL GASKIN**

**COUNT 12**

On or about October 18, 2012, at approximately 8:21 p.m., within the Middle District of

Alabama, and elsewhere,

MARK EDWARD ELLIOTT, a/k/a "Mighty Whitey," and
WENDELL GASKIN, a/k/a "Caine,"

defendants herein, knowingly and intentionally used a communication facility, to-wit: a cellular

telephone, bearing telephone number (334) 318-2853, in committing, causing and facilitating the

offense set forth in Count 1 of this Indictment incorporated by reference herein.  All in violation of

Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

**COUNT 13**

On or about December  2, 2012, at approximately 9:04 a.m., within the Middle District of

Alabama, and elsewhere,

MARK EDWARD ELLIOTT, a/k/a "Mighty Whitey," and
WENDELL GASKIN, a/k/a "Caine,"

defendants herein, knowingly and intentionally used a communication facility, to-wit: a cellular

telephone, bearing telephone number (334) 508-2345, in committing, causing and facilitating the

offense set forth in Count 1 of this Indictment incorporated by reference herein.  All in violation of

Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

7

## COUNT 14

On or about December 9, 2012, at approximately 4:10 p.m., within the Middle District of Alabama, and elsewhere,

MARK EDWARD ELLIOTT, a/k/a "Mighty Whitey," and
WENDELL GASKIN, a/k/a "Caine,"

defendants herein, knowingly and intentionally used a communication facility, to-wit: a cellular telephone, bearing telephone number (334) 508-2345, in committing, causing and facilitating the offense set forth in Count 1 of this Indictment incorporated by reference herein. All in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 15

On or about December 11, 2012, at approximately 3:59 p.m., within the Middle District of Alabama, and elsewhere,

MARK EDWARD ELLIOTT, a/k/a "Mighty Whitey," and
WENDELL GASKIN, a/k/a "Caine,"

defendants herein, knowingly and intentionally used a communication facility, to-wit: a cellular telephone, bearing telephone number (334) 508-2345, in committing, causing and facilitating the offense set forth in Count 1 of this Indictment incorporated by reference herein. All in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 16

On or about December 15, 2012, at approximately 8:58 p.m., within the Middle District of Alabama, and elsewhere,

MARK EDWARD ELLIOTT, a/k/a "Mighty Whitey," and
WENDELL GASKIN, a/k/a "Caine,"

8

defendants herein, knowingly and intentionally used a communication facility, to-wit: a cellular

telephone, bearing telephone number (334) 508-2345, in committing, causing and facilitating the

offense set forth in Count 1 of this Indictment incorporated by reference herein.  All in violation of

Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 17

On or about December 15, 2012, at approximately 9:41 p.m., within the Middle District

of Alabama, and elsewhere,

MARK EDWARD ELLIOTT, a/k/a "Mighty Whitey," and
WENDELL GASKIN, a/k/a "Caine,"

defendants herein, knowingly and intentionally used a communication facility, to-wit: a cellular

telephone, bearing telephone number (334) 508-2345, in committing, causing and facilitating the

offense set forth in Count 1 of this Indictment incorporated by reference herein.  All in violation of

Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 18

On or about December 15, 2012, at approximately 10:20 p.m., within the Middle District

of Alabama, and elsewhere,

MARK EDWARD ELLIOTT, a/k/a "Mighty Whitey," and
WENDELL GASKIN, a/k/a "Caine,"

defendants herein, knowingly and intentionally used a communication facility, to-wit: a cellular

telephone, bearing telephone number (334) 508-2345, in committing, causing and facilitating the

offense set forth in Count 1 of this Indictment incorporated by reference herein.  All in violation of

Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

9

**B.**    **MARK EDWARD ELLIOTT AND MARK ALLAN VINSON**

### COUNT 19

On or about October 16, 2012, at approximately 1:21 p.m., within the Middle District of Alabama, and elsewhere,

MARK EDWARD ELLIOTT, a/k/a "Mighty Whitey," and
MARK ALLAN VINSON,

defendants herein, knowingly and intentionally used a communication facility, to-wit: a cellular telephone, bearing telephone number (334) 318-2853, in committing, causing and facilitating the offense set forth in Count 1 of this Indictment incorporated by reference herein.  All in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

### COUNT 20

On or about October 30, 2012, at approximately 7:24 p.m., within the Middle District of Alabama, and elsewhere,

MARK EDWARD ELLIOTT, a/k/a "Mighty Whitey," and
MARK ALLAN VINSON,

defendants herein, knowingly and intentionally used a communication facility, to-wit: a cellular telephone, bearing telephone number (334) 318-2853, in committing, causing and facilitating the offense set forth in Count 1 of this Indictment incorporated by reference herein.  All in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

### COUNT 21

On or about December 15, 2012, at approximately 6:41 p.m., within the Middle District of Alabama, and elsewhere,

MARK EDWARD ELLIOTT, a/k/a "Mighty Whitey," and
MARK ALLAN VINSON,

defendants herein, knowingly and intentionally used a communication facility, to-wit: a cellular

telephone, bearing telephone number (334) 508-2345, in committing, causing and facilitating the

offense set forth in Count 1 of this Indictment incorporated by reference herein.  All in violation of

Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

### C.   MARK EDWARD ELLIOTT AND WILLIE C.  MOODY

### COUNT 22

On or about October 17, 2012, at approximately 1:31 p.m., within the Middle District of

Alabama, and elsewhere,

MARK EDWARD ELLIOTT, a/k/a "Mighty Whitey," and
WILLIE C. MOODY,

defendants herein, knowingly and intentionally used a communication facility, to-wit: a cellular

telephone, bearing telephone number (334) 318-2853, in committing, causing and facilitating the

offense set forth in Count 1 of this Indictment incorporated by reference herein.  All in violation

of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

### COUNT 23

On or about October 17, 2012, at approximately 2:04 p.m., within the Middle District of

Alabama, and elsewhere,

MARK EDWARD ELLIOTT, a/k/a "Mighty Whitey," and
WILLIE C. MOODY,

defendants herein, knowingly and intentionally used a communication facility, to-wit: a cellular

telephone, bearing telephone number (334) 318-2853, in committing, causing and facilitating the

offense set forth in Count 1 of this Indictment incorporated by reference herein.  All in violation

of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

**11**

## COUNT 24

On or about October 17, 2012, at approximately 3:16 p.m., within the Middle District of Alabama, and elsewhere,

MARK EDWARD ELLIOTT, a/k/a "Mighty Whitey," and
WILLIE C. MOODY,

defendants herein, knowingly and intentionally used a communication facility, to-wit: a cellular telephone, bearing telephone number (334) 318-2853, in committing, causing and facilitating the offense set forth in Count 1 of this Indictment incorporated by reference herein. All in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

**D.** **MARK EDWARD ELLIOTT AND WILLIAM ELLIOTT**

## COUNT 25

On or about October 27, 2012, at approximately 4:50 p.m., within the Middle District of Alabama, and elsewhere,

MARK EDWARD ELLIOTT, a/k/a "Mighty Whitey," and
WILLIAM ELLIOTT, a/k/a "Wild Bill,"

defendants herein, knowingly and intentionally used a communication facility, to-wit: a cellular telephone, bearing telephone number (334) 318-2853, in committing, causing and facilitating the offense set forth in Count 1 of this Indictment incorporated by reference herein. All in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 26

On or about December 1, 2012, at approximately 6:46 p.m., within the Middle District of Alabama, and elsewhere,

MARK EDWARD ELLIOTT, a/k/a "Mighty Whitey," and
WILLIAM ELLIOTT, a/k/a "Wild Bill,"

defendants herein, knowingly and intentionally used a communication facility, to-wit: a cellular telephone, bearing telephone number (334) 508-2345, in committing, causing and facilitating the offense set forth in Count 1 of this Indictment incorporated by reference herein.  All in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

**COUNT 27**

On or about December 8,  2012, at approximately 3:08 p.m., within the Middle District of Alabama, and elsewhere,

MARK  EDWARD  ELLIOTT, a/k/a "Mighty Whitey," and<br>WILLIAM  ELLIOTT, a/k/a "Wild Bill,"

defendants herein, knowingly and intentionally used a communication facility, to-wit: a cellular telephone, bearing telephone number (334) 508-2345, in committing, causing and facilitating the offense set forth in Count 1 of this Indictment incorporated by reference herein.  All in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

**E.       WILLIE C. MOODY AND TRACY LEE DASSEL**

**COUNT 28**

On or about October 30, 2012, at approximately 5:23 p.m., within the Middle District of Alabama, and elsewhere,

WILLIE C. MOODY, and<br>TRACY LEE DASSEL,

defendants herein, knowingly and intentionally used a communication facility, to-wit: a cellular telephone, bearing telephone number (334) 318-2853, in committing, causing and facilitating the offense set forth in Count 1 of this Indictment incorporated by reference herein.  All in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

**13**

F.     **MARK EDWARD ELLIOTT AND TRACY LEE DASSELL**

## COUNT 29

On or about October 23, 2012, at approximately 2:09 pm, within the Middle District of Alabama, and elsewhere,

MARK EDWARD ELLIOTT, a/k/a "Mighty Whitey," and
TRACY LEE DASSEL,

defendants herein, knowingly and intentionally used a communication facility, to-wit: a cellular telephone, bearing telephone number (334) 318-2853, in committing, causing and facilitating the offense set forth in Count 1 of this Indictment incorporated by reference herein.  All in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION – 1
### (Drug Proceeds/Facilitation)

A.     The allegations contained in Counts 1 through 28 of this superseding indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

B.     Upon conviction of the offenses in violation of Title 21, United States Code, Section 846, set forth in Count 1; Title 21, United States Code, Section 841(a)(1), set forth in Counts 3 through 8; and Title 21, United States Code, Section 843, set forth in Counts 12 through 28 of this superseding indictment, the defendants,

MARK EDWARD ELLIOTT, a/k/a "Mighty Whitey,"
WILLIAM ELLIOTT, a/k/a "Wild Bill,"
WENDELL GASKIN, a/k/a "Caine,"
WILLIE C. MOODY, a/k/a "Bill,"
MARK ALAN VINSON,
TRACY LEE DASSEL,
HALEY DALLAS HAMRAC,
MICHAEL LEE SMITH, and
CALEB ELLIOTT,

**14**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all

property constituting or derived from proceeds the said defendants obtained directly or indirectly as

a result of the said violations and any and all property used or intended to be used in any manner or

part to commit and to facilitate the commission of the offenses in violation of Title 21, United States

Code, Section 846; Title 21, United States Code, Section 841(a) and Title 21, United Sates Code,

Section 843 including, but not limited to, the following:

## MOTORCYCLES

 (1) 2010 Harley Davidson Softail motorcycle seized from William Elliott;
 (2) 2000 Harley Davidson FLHPI motorcycle seized from William Elliott;
 (3) 2005 Yamaha XV1700 motorcycle seized from Mark Edward Elliott.

## CURRENCY

 (1) $9,570.00 in U.S. currency seized from William Elliott;
 (2) $1,269.00 in U.S. currency seized from Wendell Gaskin;
 (3) $1,265.00 in U.S. currency seized from William Elliott;
 (4) $   800.00 in U.S. currency seized from Caleb Elliott.

## FIREARMS & AMMUNITION

 (1) a North American Arms revolver seized from William Elliott;
 (2) 153 rounds of assorted ammunition seized from William Elliott;
 (3) a .22 caliber weapon seized from Mark Edward Elliott;
 (4) a Winchester, model 70 XTR, .270 caliber rifle seized from Willie C. Moody;
 (5) unknown manufacturer .410 shotgun seized from Willie C. Moody;
 (6) a Remington Arms Company, Inc., model 870, 12 gauge shotgun seized from Willie C. Moody;
 (7) a Remington Arms Company, Inc., model 522, .22 caliber rifle seized from Willie C. Moody;
 (8) a Remington Arms Company, Inc., model 1100, 12 gauge shotgun seized from Willie C. Moody;
 (9) a Remington Arms Company, Inc., model 572, .22 caliber rifle seized from Willie C. Moody;
 (10) a Rossi rifle seized from Willie C. Moody;
 (11) a Taurus, Millenium PT111, 9mm handgun seized from Michael Lee Smith;
 (12) a Ruger, model LCP, .380 caliber semi-automatic pistol seized from Caleb Elliott;

15

(13)   a Llama, model Espanal, .380 caliber semi-automatic pistol seized from Caleb Elliott;

(14)   85 rounds of assorted ammunition seized from Caleb Elliott;

(15)   a Remington, model 11, 12 gauge shotgun seized from Wendell Gaskin;

(16)   a Rohm, model RG66, .22 caliber revolver seized from Wendell Gaskin;

(17)   a Llama, model Espanal, .380 caliber semi-automatic pistol seized from Wendell Gaskin;

(18)   a Rohm, model 67, .38 special revolver seized from Wendell Gaskin;

(19)   a Davis Industries, model D-25, .25 caliber derringer seized from Wendell Gaskin;

(20)   a Savage, model 110, .243 caliber rifle seized from Wendell Gaskin;

(21)   85 rounds of assorted ammunition seized from Wendell Gaskin;

(22)   a Remington, model 522 Viper, .22 Long rifle, seized from Willie C. Moody; and

(23)   a Remington, 30-06 rifle, seized from Willie C. Moody.

## REAL PROPERTY

**(1)    1560 County Road 39, Deatsville, Alabama**

A 0.50 acre parcel of land lying in the SW ¼ of the SE ¼ of Section 14, T-18-N, R-16-E, being more particularly described as follows:

Commence at the NW corner of the SW ¼ of the SE ¼ of Section 14, T-18-N, R-16-E, thence South 03 degrees 03 minutes East 535.71 feet to the point of beginning; thence North 84 degrees 36 minutes East 106.13 feet; thence South 02 degrees 47 minutes East 240.0 feet; thence North 60 degrees 28 minutes West 124.5 feet; thence North 03 degrees 03 minutes West 168.60 feet to the point of beginning.

**(2)    1657 County Road 39, Deatsville, Alabama (assessor's parcel number: 10-05-15-0-002-007-006-0)**

Commence at the SW corner of the NE ¼ of the SE ¼ of Section 15, Township 18N, Range 16E, Autauga County, Alabama; thence N. 01° 32' 37" W. a distance of 210 feet to the point of beginning; thence N. 01° 39' 00" W. a distance of 312.72 feet to the South right of way of a paved county road; thence S 57° 51' 54" E along said right of way of said road a distance of 446.58 feet; thence concavely along said right of way on a chord of S 58° 37' 01" E a distance of 46.17 feet; thence South 01° 59' 32" E a distance of 52.21 feet; thence S 89° 50' 13" W , a distance of 410 feet to the point of beginning. Said parcel lying and being in the NE ¼ of the SE ¼ of Section 15, Township 18N, Range 16E, Autauga County, Alabama, and containing 1.7 acres, more or less.

16

**(3)    9555 Central Plank Road, Wetumpka, Elmore County, Alabama**

PARCEL 1: Begin at the Southeast Corner of the Northwest ¼ of Section 1, T-19-N, R-19-E, Elmore County, Alabama, for the following described parcel of land: Thence leaving said Point of Beginning and N89° 00' 01"W 1366.36 feet to an iron pin; thence S89° 12' 08" W 1347.64 feet to an iron pin; thence N02° 20' 31"E 1344.45 feet to an iron pin; thence N00° 15' 22" E 1324.33 feet to an iron pin; thence S89° 44' 47" E 2629.77 feet to an iron pin; thence S00° 29' 47"E 2661.18 feet to the Point of Beginning.

Said described parcel of land lying in the Northwest ¼ of Section 1, T-19-N, R-19-E, Elmore County, Alabama, and containing 162.01 acres more or less.

PARCEL 2: Commence at the Southwest Corner of the Northeast ¼ of Section 1, T-19-N, R-19-E, Elmore County, Alabama. Thence leaving said Section corner N00° 29' 47" W 823.18 feet to the Point of Beginning for the following described parcel of land; thence leaving said Point of Beginning continue N00° 29' 47" W 100.11 feet to an iron pin; thence N89° 14' 31" E 2032.90 feet to an iron pin lying on the Western Right of Way of Alabama Highway No.9 (100' ROW); thence along said Right of Way a chord bearing and distance of S22° 56' 57" W 109.22 feet (Radius= 5729.58') to an iron pin; thence leaving said Right of Way S89° 14' 20" W 1989.44 feet to the Point of Beginning.

Said described parcel of land lying in the Northeast ¼ of Section 1, T-19-N, R-19-E, Elmore County, Alabama, and containing 4.62 acres more or less.

C.    If any of the property described in this forfeiture allegation, as a result of any act

or omission of the defendants:

(1)    cannot be located upon the exercise of due diligence;

(2)    has been transferred or sold to, or deposited with, a third party;

(3)    has been placed beyond the jurisdiction of the court;

(4)    has been substantially diminished in value; or

(5)    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United

States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

17

All pursuant to Title 21, United States Code, Section 853.

## FORFEITURE ALLEGATION - 2
### (Firearms)

A.     The allegations contained in Counts 1 through 29 of this superseding indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

B.     Upon conviction of the offenses in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), set forth in Counts 9 and 10; and Title 18, United States Code, Section 922(g)(1) set forth in Count 11 of this superseding indictment, the defendants,

MICHAEL LEE SMITH and
CALEB ELLIOTT,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense including, but not limited to, the following:

(1)     a Taurus, Millenium PT111, 9mm handgun seized from Michael Lee Smith;

(2)     a Ruger, model LCP, .380 caliber semi-automatic pistol seized from Caleb Elliott;

(3)     a Llama, model Espanal, .380 caliber semi-automatic pistol seized from Caleb Elliott;

(4)     85 rounds of assorted ammunition seized from Caleb Elliott;

C.     If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendants:

(1)     cannot be located upon the exercise of due diligence;

(2)     has been transferred or sold to, or deposited with, a third party;

(3)     has been placed beyond the jurisdiction of the court;

(4)     has been substantially diminished in value; or

**18**

(5)    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

## FORFEITURE ALLEGATION - 3
### (Money Laundering)

A.    The allegations contained in Counts 1 through 29 of this superseding indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(1).

B.    Upon conviction of the offenses in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i) and 2 and Title 18, United States Code, Section 1956(h), set forth in Count 2 of this superseding indictment, the defendants,

MARK EDWARD ELLIOTT, a/k/a "Mighty Whitey,"
WENDELL GASKIN, a/k/a "Caine," and
TRACY LEE DASSEL,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in the offenses and any property traceable to such property including, but not limited to, the following:

Funds contained on GreenDot cards.

C.    If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendants:

(1)    cannot be located upon the exercise of due diligence;

(2)    has been transferred or sold to, or deposited with, a third party;

**19**

(3)     has been placed beyond the jurisdiction of the court;

(4)     has been substantially diminished in value; or

(5)     has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 982(a)(1).

A TRUE BILL:

Bernard J. Ward
Foreperson

George L. Beck, Jr.
UNITED STATES ATTORNEY

Tommie Brown Hardwick
Assistant United States Attorney

Verne H. Speirs
Assistant United States Attorney

20