IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No.: 2:12cr221-MHT |
| | ) | |
| MARK EDWARD ELLIOTT, ET AL. | ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Gray M. Borden, and enters his notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 7th day of June, 2013.

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

/s/Gray M. Borden
GRAY M. BORDEN
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: gray.m.borden@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No.: 2:12cr221-MHT |
| | ) | |
| MARK EDWARD ELLIOTT, ET AL. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: all attorneys of record.

Respectfully submitted,

/s/Gray M. Borden
GRAY M. BORDEN
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: gray.m.borden@usdoj.gov