## IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
|     **Plaintiff,** | * |
| | * |
| **VS.** | *   **CASE NO. CR  2:12CR221-MHT** |
| | * |
| **MICHAEL LEE SMITH** | * |
|     **Defendant.** | |

### NOTICE OF INTENT TO CHANGE PLEA

Comes now Michael Lee Smith, by and through the undersigned counsel, and gives notice to this Court that he intends to change his plea from Not Guilty to Guilty to some of the charges in the indictment, pursuant to a negotiated Plea Agreement.

    s/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice)
(334) 230-5485 (Fax)
Email:  amskier@skierlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Hon. Verne Speirs**
Assistant United States Attorney

    s/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice)
(334) 230-5485 (Fax)
Email:  amskier@skierlaw.com