# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| MARK EDWARD ELLIOTT, ) | CASE NO. 2:12cr221-MHT |
|    a/k/a "Mighty Whitey," ) | |
| WILLIAM ELLIOTT, a/k/a "Wild Bill," ) | |
| WENDELL GASKIN, a/k/a "Caine," ) | |
| WILLIE C. MOODY, a/k/a "Bill," ) | |
| MARK ALLAN VINSON, ) | |
| TRACY LEE DASSEL, ) | |
| HALEY DALLAS HAMRAC, ) | |
| MICHAEL LEE SMITH, and ) | |
| CALEB ELLIOTT. ) | |

## MOTION TO WITHDRAW COUNSEL

Comes now the United States of America, by and through George L. Beck, Jr., United States Attorney for the Middle District of Alabama, and respectfully requests that Assistant United States Attorney Tommie Brown Hardwick be granted leave to withdraw from the above-styled case. Assistant United States Attorney Kevin P. Davidson will continue representing the United States on all remaining criminal forfeiture matters.

A proposed Order is filed herewith.

Respectfully submitted this 25th day of June, 2014.

                                            GEORGE L. BECK, JR.
                                            UNITED STATES ATTORNEY

                                            **/s/Tommie Brown Hardwick**
                                            TOMMIE BROWN HARDWICK
                                            Assistant United States Attorney
                                            131 Clayton Street
                                            Montgomery, Alabama 36104
                                            Telephone: (334) 223-7280
                                            E-mail: Tommie.Hardwick@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney