IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARK EDWARD ELLIOTT, | ) | CASE NO. 2:12cr221-MHT |
|    a/k/a "Mighty Whitey," | ) | |
| WILLIAM ELLIOTT, a/k/a "Wild Bill," | ) | |
| WENDELL GASKIN, a/k/a "Caine," | ) | |
| WILLIE C. MOODY, a/k/a "Bill," | ) | |
| MARK ALLAN VINSON, | ) | |
| TRACY LEE DASSEL, | ) | |
| HALEY DALLAS HAMRAC, | ) | |
| MICHAEL LEE SMITH, and | ) | |
| CALEB ELLIOTT. | ) | |

**O R D E R**

Upon consideration of the Motion to Withdraw as Counsel filed by Assistant United States Attorney Tommie Brown Hardwick, and for good cause shown, the Court is of the opinion that the Motion should be, and the same is hereby, GRANTED.

DONE this ____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE