IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr221-MHT |
| | ) | (WO) |
| MICHAEL LEE SMITH | ) | |

OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug-trafficking offenses.  Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence.  Upon consideration of the recommendation of the Retroactivity Screening Panel entered November 2, 2015, after an independent and de novo review of the record, and based upon the agreement of defendant Michael Lee Smith, it is ORDERED that defendant Michael Lee Smith's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 37 months

is reduced to 33 months, pursuant to 18 U.S.C. § 3582(c)(2).

DONE, this the 2nd day of November, 2015.

                                                 /s/ Myron H. Thompson
                                             **UNITED STATES DISTRICT JUDGE**